FILED

07 OCT 31 AM 9:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY     CP          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTHONY GUY, | ) Case No. 06cv0766 JM (LSP) |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATED PROTECTIVE ORDER A** |
| CITY OF SAN DIEGO, a public entity; RICHARD W. GARCIA, an individual; TOM RIZZO, an individual; DOE1 (D. MALEY, full name unknown) and individual; DOE 1 (HOLSLAG full name unknown) an individual; DOE 3, R. BULETTA, full name unknown) an individual; DOE 4 (E. DRILLING, full name unknown) an individual; DOE 5 (ATWOOD, full name unknown) an individual; DOE 6 (FRIEDMAN, full name unknown); DOE 7 (DARE, full name unknown); DOE 8 (P.T. VINSON, full name unknown) an individual; DOES 9-50 inclusive, | ) |
| Defendants. | ) |

Subject to the approval of this court, the City Attorney's Office agrees to the release of certain documents, enumerated below, related to the litigation of this matter, subject to the parties stipulating to the following protective order.

/ / /

/ / /

Further, subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

1. The City will produce the attached list of documents, described as Guy Protective Order A, for plaintiff, investigative reports generated by the San Diego Police Department. As to those documents only, the San Diego Police Department, Officers Garcia, Maley and Friedman will waive the governmental, and official information privileges as well as their rights to privacy pursuant to the California Constitution.

2. Plaintiff, his agents, employees, attorneys and anyone acting in concert with him and participating with him agree to not engage in nor perform any of the following:

   a. Convey, transfer, copy, publish or distribute the information ordered disclosed or developed nor authorize another to convey, transfer, copy, publish or distribute the information disclosed to anyone without court approval.

   b. Use the records or information disclosed, discovered or developed for any purpose other than in conjunction with the instant civil case proceedings pursuant to applicable law.

3. That Plaintiff's attorney, upon request, shall return any and all materials disclosed pursuant to this stipulation and order to Andrew Jones, Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.

4. That, upon the conclusion of the case, the court shall retain jurisdiction to resolve any disputes arising out of the release of any documents protected by this order.

5. That the Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

6. That no documents will be presented to the Court, under seal, without first obtaining Court approval.

///

SO STIPULATED.

Dated: October 8, 2006

MICHAEL J. AGUIRRE, City Attorney

By _____
ANDREW JONES
Deputy City Attorney

Attorneys for Defendants
City of San Diego, Richard W. Garcia, David Maley, and Kevin Friedman,

Dated: October 29, 2006

SHEWRY & VAN DYKE

By _____
STEVEN M. SHEWRY

Attorneys for Plaintiff
Anthony Guy

**APPROVED AND SO ORDERED:**

Date: 10/30/07

_____
LEO S. PAPAS
Magistrate Judge

*Guy, Anthony v. COSD, et al.*  PROTECTIVE ORDER "A"
Case No.: 06cv0766 JM (LSP)

| DATE | SUBJECT MATTER | OFFICER | BATES NUMBER |
|---|---|---|---|
| 1/12/06 | San Diego Regional Officer Training – Phase 2 form | Maley | COSD0058-COSD0061 |
| 1/12/06 | Certificate: Regional Officer Training Course (40 hrs) | Maley | COSD0067 |
| 1/10/01 | Certificate: Certified law Enforcement Peace Officer Academy | Maley | COSD0088 |
| 1/12/06 | DUPLICATE COSD0067 | Maley | COSD0089 |
| 1/12/06 | DUPLICATE COSD0058-COSD0061 | Maley | COSD0091-COSD0094 |
| 2/28/02 | Certificate: Regional Officer Training Course (40 hrs) | Maley | COSD0124 |
| 10/5/00 | Certificate: Taser Certification (2 hrs) | Maley | COSD0132 |
| 9/2000 | Certification: Non-Lethal Chemical Agents (8 hrs) | Maley | COSD0133 |
| 10/11/06 | Certificates: Taser X26 Training | Garcia | COSD0599-COSD0600 |
| 4/21/05 | Certificate: Regional Officer Training Course (40 hrs) | Garcia | COSD0602 |
| 10/22/03 | Certificate: Regional Officer Training Course (30 hrs) | Garcia | COSD0603 |
| 3/5/01 | Certificate: Regional Officer Training Course (40 hrs) | Garcia | COSD0608 |
| 8/11/98 | Certificate: Expandable Baton (4 hrs) | Garcia | COSD0621 |
| 7/30/98 | Certificate: Regional Officer Training Course (40 hrs) | Garcia | COSD0622 |
| 6/2/94 | Certificate: Regional Officer Training Course (16 hrs) | Garcia | COSD0648 |
| 3/2/89 | Certification: Non-Lethal Chemical Agents (8 hrs) | Garcia | COSD0657 |
| 2/7/92 | Certificate: Advanced Officer Training (24 hrs); schedule | Garcia | COSD0659-COSD0660 |
| 7/18/06 | I.A. Complaint No. 06-093 | Garcia Maley | COSD0665-COSD0689 |
| 3/2/05 | I.A. Complaint No. 04-236 (redacted: 0867-0879; 1010-1013; 1029-1030) | Garcia Maley | COSD0860-COSD1067 |
| 11/1/06 | I.A. Complaint No. 06-043 (redacted: 1103-1104; 1111-1113; 1123-1127) | Garcia | COSD1068-COSD1141 |
| 11/17/06 | I.A. Complaint No. 05-113c (pages 1 – 4 of Investigator's report) | Garcia Maley | COSD1324-COSD1327 |
| 11/17/06 | I.A. Complaint No. 05-113c (pages 13 – 31 of Investigator's report) | Garcia Maley | COSD1336-COSD1354 |
| 11/17/06 | I.A. Complaint No. 05-113c (supporting documents) | Garcia Maley | COSD1411-COSD1415 |
| 11/17/06 | I.A. Complaint No. 05-113c (supporting documents) | Garcia Maley | COSD1426-COSD1433 |
| 11/17/06 | I.A. Complaint No. 05-113c (supporting documents) | Garcia Maley | COSD1437-COSD1440 |
| 11/17/06 | I.A. Complaint No. 05-113c (supporting documents) | Garcia Maley | COSD1483-COSD1495 |
| 8/11/05 | I.A. Complaint No. 05-077 (supporting documents) | Garcia | COSD1712-COSD1717 |

| 8/11/05 | I.A. Complaint No. 05-077 (supporting documents) | Garcia | COSD1732-COSD1747 |
|---|---|---|---|
| 8/11/05 | I.A. Complaint No. 05-077 (supporting documents) | Garcia | COSD1750-COSD1751 |
| 9/27/85 | Certificate: Certified Law Enforcement peace Officer Academy | Friedman | COSD2028 |
| 9/27/85 | DUPLICATE COSD2028 | Friedman | COSD2050 |
| 11/6/06 | Certificates: Taser X26 Training | Friedman | COSD2051-COSD2052 |
| 4/21/05 | Certificate: Regional Officer Training Course (40 hrs) | Friedman | COSD2054 |
| 11/6/02 | Certificate: Regional Officer Training Course (30 hrs) | Friedman | COSD2058 |
| 8/31/00 | Certificate: Supervisor's Update Training (40 hrs) | Friedman | COSD2065 |
| 7/28/99 | Certificate: Expandable Baton (3 hrs) | Friedman | COSD2072 |
| 4/1/99 | Certificate: Air Taser Self Defense | Friedman | COSD2077 |
| 8/13/98 | Certificate: Regional Officer Training Course (40 hrs) | Friedman | COSD2081 |
| 9/29/95 | Certificate: Taser (2 hrs) | Friedman | COSD2095 |
| 11/16/93 | Certificate: Regional Officer Training (16 hrs) | Friedman | COSD2103 |
| 12/6/91 | Certificate: Taser Operator (2 hrs) | Friedman | COSD2107 |
| 9/20/91 | Certificate: Advanced Officer Training (24 hrs); Schedule | Friedman | COSD2109-COSD2110 |
| 11/28/90 | Certificate: Advanced Officer Training (24 hrs) | Friedman | COSD2111 |
| 10/26/89 | Certificate: Advanced Officer Training (40 hrs) | Friedman | COSD2120 |
| 5/8/89 | Certificate: Field Training Officer Update Course (8 hrs) | Friedman | COSD2121 |
| 1/11/89 | Certificate: Advanced Officer Training | Friedman | COSD2125 |
| 12/9/87 | Certificate: Advanced Officer Training | Friedman | COSD2131 |
| 9/1985 | Certification: Non-Lethal Chemical Agents (8 hrs) | Friedman | COSD2137 |
| 1/29/04 | Supervisor's Investigation Report (REDACTED supporting document) | Friedman | COSD2152 |
| 12/17/03 | I.A. Complaint No. 03-098 (REDACTED supporting documents) | Friedman | COSD2359-COSD2360 |
| 12/17/03 | I.A. Complaint No. 03-098 (REDACTED supporting documents) | Friedman | COSD3347-COSD3350 |
| 12/17/03 | Notice to Appear re: Lloyd Scates (DUPLICATE) | Friedman | COSD3352-COSD3353 |
| 2/7/03 | SDPD Arrest/Detention Report re: Moussa Kone | Friedman | COSD3432-COSD3433 |
| 3/22/03 | SDPD Arrest/Detention Report re: Dustin Laferriere | Friedman | COSD3455-COSD3456 |
| 10/21/02 | I.A. Complaint No. 02-204 (REDACTED) | Friedman | COSD3540-COSD3548 |
| 10/21/02 | I.A. Complaint No. 02-204 (REDACTED) | Friedman | COSD3551-COSD3554 |
| 10/21/02 | I.A. Complaint No. 02-204 (REDACTED) | Friedman | COSD3556-COSD3560 |