**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GUY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 06CV0766-JM(LSP)<br><br>**ORDER GRANTING MOTION TO RETAX COSTS** |

Plaintiff moves to retax costs pursuant to Local Rule 54.1(h). Defendants oppose the motion. For the reasons set forth below, the court retaxes costs in favor of Plaintiff and against Defendants in the amount of $9,308.34.

On February 19, 2008 the jury returned a verdict acquitting all Defendants except defendant Officer David Maley. The jury originally awarded Plaintiff zero dollars but, following a supplemental jury instruction, the jury returned a supplemental special verdict awarding Plaintiff one dollar in nominal damages. On May 12, 2008 the court denied Plaintiff's for new trial and denied Plaintiff's motion for attorney's fees and non-taxable costs. The order denying the motion for attorney's fees and non-taxable costs created confusion concerning Plaintiff's taxable costs because the motion for non-taxable costs also included a request for taxable costs. The Clerk then inadvertently construed the order as a denial of taxable costs as well as non-taxable costs.

Plaintiff, as the prevailing party, is entitled to an award of taxable costs. <u>Farrar v. Hobby</u>, 506 U.S. 103 (1992): L.R. 54.1.  The court grants in part and denies in part Plaintiff's request for taxable costs:

* \*   Fees for Exemplification and Copies of Papers - All requested fees are granted except for the request in the amount of $1,030.95 for "In-house copies for trial and expert review". This amount is denied pursuant to LR 54.1(b)(6)(c).
* \*   In "Other Costs" plaintiff seeks $6,250.00 for expert fees. Pursuant to LR54.1(b)(4)(d) these costs are denied.  Courier Delivery/Filing Fees are not taxable costs pursuant to LR 54.1, the amount of $487.75 is denied.
* \*   Pursuant to LR54.1(b)(4)(a) - witness fees are allowable in the amount of $40.00 per day.
* \*   Subpoena preparation fees are not recoverable pursuant to LR 54.1.
* \*   Rush fees on service of subpoenas/summons are not taxable pursuant to LR54.1.
* \*   Bad address fees are not recoverable pursuant to LR 54.1.
* \*   Witness Fee Advance charges are not recoverable pursuant to LR 54.1.
* \*   Waiting Time is not a chargeable fee pursuant to LR 54.1.

Based upon L.R. 54.1, Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | $320.00 | $320.00 |
| Fees for service of summons and subpoenas | $4,626.90 | $2,048.64 |
| Fees of the court reporter | | |
| Fees and disbursements for printing | | |

| | | |
|---|---:|---:|
| Fees for witnesses | $1,714.94 | $520.00 |
| Fees for exemplification and copies | $2,484.72 | $1,453.77 |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | | |
| Expert Fees | $6,250.00 | $0.00 |
| Courier Delivery/Filing Fee | $487.75 | $0.00 |
| Trial Exhibits | $1,762.53 | $1,762.53 |
| Deposition Transcripts | $3,203.40 | $3,203.40 |
| **TOTAL COSTS TAXED** in favor of Anthony Guy | $20,850.24 | $9,308.34 |

In sum, the court taxes costs against Defendants and in favor of Plaintiff in the amount of $9,308.34. Attached as Exhibit 1 is the work sheet for determining taxable costs. The court notes that Plaintiff's request for taxable costs is not presented in the most coherent fashion as the request includes both taxable and non-taxable costs.

**IT IS SO ORDERED.**

DATED: August 5, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

**Anthony Guy v. City of San Diego, et al.**
**06CV0766-JM(LSP)**
**Bill of Costs Worksheet - Service of Summons and Subpoena - Witness Fees**

| Invoice # | Witness | Allowable | Denied |
|---|---|---|---|
| | **Record-Related Courier Services/Subpoenaed Records** | | |
| **548474** | **David Maley** | | |
| | Basic Charge & Fuel Charge | $40.95 | |
| | Subpoena Preparation Fee | | $25.00 |
| | Rush Fee | | $15.00 |
| | Tax | $3.18 | $1.15 |
| **548475** | **Kevin Friedman** | | |
| | Basic Charge & Fuel Charge | $40.95 | |
| | Subpoena Preparation Fee | | $25.00 |
| | Rush Fee | | $15.00 |
| | Tax | $3.18 | $1.15 |
| **548477** | **Richard Garcia** | | |
| | Basic Charge & Fuel Charge | $40.95 | |
| | Subpoena Preparation Fee | | $25.00 |
| | Rush Fee | | $15.00 |
| | Tax | $3.18 | $1.15 |
| **00S14235-01** | **Hornblower Cruises and Events** | | |
| | Process Service & Fuel Surcharge | $38.45 | |
| | Same Day Service & Bad Address | | $48.20 |

| | | | |
|---|---|---|---|
| 00S14236-01 | **Hard Copy (San Diego CA)** | | |
| | Process Service & Fuel Surcharge | $38.45 | |
| | Same Day Service | | $24.50 |
| 00S14237-01 | **Hard Copy (Los Angeles CA)** | | |
| | Process Service & Fuel Surcharge | $62.45 | |
| | Same Day Service | | $68.25 |
| | Fax/Copies | $15.00 | |
| 00S14240-01 | **Quest Diagnostic-Clinical** | | |
| | Process Service & Fuel Surcharge | $38.45 | |
| | Same Day Service | | $12.25 |
| 00S14241-01 | **DONALD SHANAHAN** | | |
| | Process Service & Fuel Charge | $38.45 | |
| | Same Day Service | | $12.25 |
| | | | |
| | | | |
| 544152 | **No Invoice Attached (Second Image)** | | |
| | Unknown charges | | $59.26 |
| | TOTALS | **$363.64** | **$348.16** |
| | | | |
| | **Refer to Chart Provided by Plaintiff** | | |
| 00S43176-01 | **Leza Campbell** | | |
| | Service Fee & Fuel Surcharge | $50.45 | |
| 00S43186-01 | **Brian Carey** | | |

**EXHIBIT "1"**   06CV0766-JM(LSP)   - 2 -

| | | | |
|---|---|---|---|
| | Bad address & fuel surcharge | | $99.50 |
| 00S43178-01 | **Jacob Coffey c/o Michael Marrinan** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| 00S44791-02 | **Unknown Person to be Served (invoice does not reflect recipient of Subpoena) (Jacob Coffey)** | | |
| | Attempts & Fuel Surcharge | | $50.45 |
| 00S44791-01 | **6457 Tilia Place Carlsbad CA (recipient not named on invoice) (Jacob Coffey)** | | |
| | Bad Address<br>Bad Address<br>Fuel Surcharge | | $45.95<br>$45.95<br>$4.50 |
| | | | |
| 00S44791-03 | **Unknown -Service Cancelled by Client** | | |
| | Bad Address & Fuel Surcharge | | $50.45 |
| 00S43181-01 | **Thomas A. Collins** | | |
| | Process Service & Fuel Surcharge | $50.45 | |
| 00S43175-01 | **Anna Dale** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| 00S44766-01 | **Anna Dale** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| 00S43174-01 | **Stanley Dale (Returned Unserved)** | | |
| | Additional Non Service & Fuel Surcharge | | $10.25 |
| 00S44765-01 | **Stanley Dale** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |

| | | | |
|---|---|---:|---:|
| 00S43211-01 | **Sgt. Robert Dare** | | |
| | Additional Entity | $24.95 | |
| | Fee Advance Charge | | $15.00 |
| | **Witness Fees** | **$40.00** | **$110.00** |
| 00S44764-01 | **Officer Robert Dare** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| | | | |
| 00S44826-01 | **Amol Doshi, MD** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| 00S43202-01 | **Eric Drilling (Officer)** | | |
| | Addl Entity | $24.95 | |
| | Fee Advance Charge | | $15.00 |
| | **Witness Fees** | **$40.00** | **$110.00** |
| 00S43180-01 | **Adrian Dudley** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| 00243184-01 | **Rhett Ebert** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| 00S44771-01 | **Rhett Ebert (Service cancelled by client)** | | |
| | Attempt and Fuel Surcharge | | $40.45 |
| 00S44769-01 | **Brian Fern (service cancelled by client)** | | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| 00S43251-01 | **Chad Fondiller (not found - returned unserved)** | | |

| | | | |
|---|---|---|---|
| | N/W Attempts and Fuel Surcharge | | $215.25 |
| **00S43214-01** | **Sgt. Kevin Friedman** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| **00S44761-01** | **Sgt Kevin Friedman** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| **00S44760-01** | **Officer Richard Garcia** | | |
| | Process Service & Fuel surcharge | $40.45 | |
| **00S43213-01** | **Officer Richard Garcia** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| **00S44827-01** | **Greg Gastaldo** | | |
| | Process Service & Fuel Surcharge<br>**Witness Fee**<br>**Mileage** | $40.45<br>**$40.00**<br>**$11.64** | **$20.00** |
| **00S44767-01** | **Martin Greenberg MD** | | |
| | Process Service & Fuel Surcharge<br>**Witness Fees**<br>**Mileage** | $40.45<br>**$40.00**<br>**$11.64** | **$20.00** |
| **00S43179-01** | **William Hockett** | | |
| | Additional Entity & Fuel Surcharge | $29.45 | |
| **00S43204-01** | **Officer Scott Holslag** | | |
| | Additional Entity<br>**Witness Fee**<br>Fee Advance Charge | $24.95<br>**$40.00** | **$110.00**<br>$15.00 |
| | | | |
| **00S44763-01** | **Officer Scott Holslag** | | |

|  | Process Service & Fuel Surcharge | $40.45 |  |
|---|---|---|---|
| 00S44935-01 | **Sgt Ken Hubbs (Name not reflected on invoice)** |  |  |
|  | Waiting Time<br>Process Service & Fuel Charge<br>Fee Advance Charge<br>**Witness Fee** | $40.45<br><br>**$40.00** | $17.50<br><br>$15.00<br>**$110.00** |
| 00S43208-01 | **Captain Dan Johnson (returned unserved)** |  |  |
|  | Additional Entity, Attempt & Fuel Surcharge |  | $65.40 |
| 00S43182-01 | **Michael Kelley (returned unserved)** |  |  |
|  | Attempts & Fuel Surcharge |  | $40.45 |
| 00S44789-01 | **Chief William Lansdowne** |  |  |
|  | Process Service & Fuel Surcharge<br>Fee Advance Charge<br>**Fee Advance (Witness Fees)** | $40.45<br><br>**$40.00** | <br>$15.00<br>**$110.00** |
| 00S43250-01 | **Alexander Lim (returned unserved)** |  |  |
|  | N/W Bad Address & Fuel Charge |  | $255.25 |
| 00S44825-01 | **Deborah Loehr** |  |  |
|  | Bad Address<br>Process Service & Fuel Charge<br>**Witness Fees**<br>`Mileage` | <br>$40.45<br>**$40.00**<br>`$11.64` | $35.95<br><br>**$20.00** |
| 00S43209-01 | **Captain Boyd Long** |  |  |
|  | Process Service & Fuel Charge<br>Fee Advance Charge<br>**Witness Fees** | $40.45<br><br>**$40.00** | <br>$15.00<br>**$110.00** |
| 00S43215-01 | **Officer David Maley** |  |  |
|  | Process Service & Fuel Charge | $40.45 |  |

| | | | |
|---|---|---|---|
| **00S44759-01** | **Officer David Maley** | | |
| | Process Service & Fuel Charge | $40.45 | |
| **00S44768-01** | **Karin Maurer MD (service cancelled by client)** | | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| **00S43183-01** | **Manuel May (returned unserved)** | | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| **00S45203-01** | **Gayle Mayer** | | |
| | Process Service & Fuel Surcharge<br>Non-Routine Service | $40.45 | $29.95 |
| **00S43193-01** | **Gregory Meister (returned unexecuted)** | | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| **00S43169-01** | **John Merchant (returned unserved)** | | |
| | Bad Address & Fuel Surcharge | | $40.45 |
| | | | |
| **00S43190-01** | **Scott David Milke (returned unserved)** | | |
| | Attempts & Fuel Surcharge | | $40.45 |
| **00S44934-01** | **Tom Neuman, MD** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| **00S44792-01** | **David Norman** | | |
| | Process Service & Fuel Surcharge | $50.45 | |
| **00S43187-01** | **David Norman** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| **00S45184-01** | **Robert Peary (returned unserved)** | | |

|  |  |  |  |
|---|---|---|---|
|  | Non-Routine Service, Bad Address & Fuel Surcharge | $70.40 |  |
| 00S43177-01 | **Louis Pepiton** |  |  |
|  | Additional Entity and Fuel Surcharge | $29.45 |  |
| 00S44790-01 | **Louis Pepiton** |  |  |
|  | Bad Address & Fuel surcharge |  | $94.50 |
| 00S44790-02 | **Louis Pepiton** |  |  |
|  | Process Service & Fuel Surcharge<br>Nonroutine Service | $40.45 | $39.95 |
|  |  |  |  |
| 00S45202-01 | **Marc Piro** |  |  |
|  | Process Service & Fuel Surcharge<br>Non-Routine Service | $40.45 | $29.95 |
| 00S43171-01 | **Marjorie Ribeiro (returned unserved)** |  |  |
|  | Bad Address & Fuel Surcharge |  | $40.45 |
| 00S43170-01 | **Vinicus Ribeiro (returned unserved)** |  |  |
|  | N/W Non Service & Fuel Surcharge |  | $170.25 |
| 00S44787-01 | **Michael Romna (Roman)** |  |  |
|  | Process Service & Fuel Charge<br>Fee Advance Charge<br>**Witness Fees** | $40.45<br>**$40.00** | $15.00<br>**$110.00** |
| 00S43198-01 | **Roman (Last name unknown) (returned unserved)** |  |  |
|  | Attempt & Fuel Surcharge |  | $40.45 |
| 00S43212-01 | **Scott Seaman (returned unserved)** |  |  |

|  | Attempt & Fuel Surcharge |  | $40.45 |
|---|---|---|---|
| **00S44770-01** | **Jennifer Serrano MD** |  |  |
|  | Process Service & Fuel Surcharge | $40.45 |  |
| **00S43173-01** | **Allison Shaw (returned unserved)** |  |  |
|  | Bad Address & Fuel Surcharge |  | $40.45 |
|  |  |  |  |
| **00S43172-01** | **Brian Shaw (returned unserved)** |  |  |
|  | Additional Bad Address & Fuel Surcharge |  | $20.25 |
| **00S43194-01** | **Steven Smith (returned unserved)** |  |  |
|  | Bad Address & Fuel Surcharge |  | $40.45 |
| **00S43195-01** | **Steven Smith (returned unserved)** |  |  |
|  | Bad Address & Fuel Surcharge |  | $50.45 |
| **00S44793-01** | **Steven Smith** |  |  |
|  | Process Service & Fuel Surcharge | $50.45 |  |
| **00S43189-01** | **Matthew Spaulding (returned unserved)** |  |  |
|  | Attempts & Fuel Surcharge |  | $40.45 |
| **00S43185-01** | **Bryant T. Stephenson (returned unserved)** |  |  |
|  | Additional Bad Address & Fuel Surcharge |  | $20.25 |
| **00S43188-01** | **Lisa Stephenson (returned unserved)** |  |  |
|  | Bad Address & Fuel Surcharge |  | $40.45 |
| **00S43197-02** | **Stacey Thorpe** |  |  |
|  | Process Service & Fuel Surcharge | $40.45 |  |
|  |  |  |  |

| | | | |
|---|---|---:|---:|
| **00S44788-01** | **Stacy Thorpe** | | |
| | Addl Entity and Fuel Surcharge<br>Fee Advance Charge<br>**Witness Fee Advance** | $29.45<br><br>**$40.00** | <br>$15.00<br>**$110.00** |
| **00S43191-01** | **Adam Vincej (returned unserved)** | | |
| | Addl Non Svc & Fuel Surcharge | | $20.25 |
| **00S43206-01** | **Sgt Pat Vinson** | | |
| | Addl Entity<br>Fee Advance Charge<br>**Witness Fees** | $24.95<br><br>**$40.00** | <br>$15.00<br>**$110.00** |
| **00S44762-01** | **Sgt Pat Vinson** | | |
| | Process Service & Fuel Surcharge | $40.45 | |
| **00S43192-01** | **Josh Warren (returned unserved)** | | |
| | Addl Non Svc and Fuel Surcharge | | $20.25 |
| **00S44786-01** | **Christine Ziegler** | | |
| | Addl Entity & Fuel Surcharge<br>Fee Advance Charge<br>**Witness Fee Advance** | $29.45<br><br>**$40.00** | <br>$15.00<br>**$110.00** |
| **00S43196-01** | **Ziegler (unknown first name) (returned unserved)** | | |
| | Attempt & Fuel Surcharge | | $40.45 |
| | | | |
| | **SUMMARY** | **Allowable** | **Denied** |
| | Witness Fees | $520.00 | $1,160.00 |

|   | Mileage | $34.92 |   |
|---|---|---:|---:|
|   | Service Fee (from plaintiff's chart) | $1,637.30 | $2,230.10 |
|   | Service of Summons and Complaint | $47.70 |   |
|   | **Service of Subpoenas for Records** | $363.64 | $348.16 |
|   | TOTALS | **$2,603.56** | **$3,738.26** |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |